UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN ELLICOTT,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN CAPITAL ENERGY, INC.,<br>THOMAS HUNTON and ARTHUR<br>HENNESSEY,<br><br>   Defendants. | Civil Action No. 14-CV-12152<br><br>**STIPULATION** |

Plaintiff Stephen Ellicott hereby stipulates and agrees as follows:

1. Plaintiff Stephen Ellicott brought a complaint for damages in April 2014 in Massachusetts Superior Court. Defendants removed the case to this Court on May 16, 2014.

2. Plaintiff brought claims for two categories of damages: unpaid commissions and unreimbursed business expenses.

3. Plaintiff hereby withdraws all claims for unreimbursed business expenses in this case.

July 29, 2015

Respectfully submitted,

STEPHEN ELLICOTT,

By his attorney,

/s/ Anthony L. DeProspo, Jr.
Christopher A. Kenney (BBO# 556511)
(cakenney@KandSlegal.com)
Anthony L. DeProspo, Jr. (BBO# 644668)
(aldeprospo@kandslegal.com)
KENNEY & SAMS, P.C.
225 Turnpike Road
Southborough, Massachusetts 01772
Tel.: (508) 490-8500
Fax: (508) 490-8501

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that the attached document was filed through the ECF system and was served electronically to the registered attorneys of record on July 29, 2015.

        /s/ Anthony L. DeProspo, Jr.
        Anthony L. DeProspo, Jr.