UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN ELLICOTT,<br><br>　　Plaintiff,<br>v.<br><br>AMERICAN CAPITAL ENERGY, INC.,<br>THOMAS HUNTON and ARTHUR<br>HENNESSEY,<br><br>　　Defendants. | Civil Action No. 14-CV-12152 |

## PROPOSED AMENDED DEADLINES

| Event | Previous Deadline | Amended Deadline |
|---|---|---|
| Expert depositions to be completed: | 10/30/15 | 11/30/15 |
| Dispositive motions due: | 12/2/15 | 1/11/16 |
| Oppositions due: | 12/23/15 | 2/1/16 |
| Replies due: | 1/8/16 | 2/22/16 |
| Hearing on dispositive motions: | 1/19/16 | At the Court's convenience. |

(Note: "11/27/15" has handwritten "30" above "27".)