UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN ELLICOTT,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN CAPITAL ENERGY, INC.,<br>THOMAS HUNTON and ARTHUR<br>HENNESSEY,<br><br>    Defendants,<br><br>and<br><br>REDWOOD SOLAR DEVELOPMENT, LLC,<br><br>    Reach and Apply Defendant. | Civil Action No. 14-CV-12152 |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO AMEND COMPLAINT

Plaintiff Stephen Ellicott hereby withdraws his Motion to Amend Complaint (Document #54) filed through the Court's ECF system on November 20, 2015.

November 25, 2015

Respectfully submitted,

STEPHEN ELLICOTT,

By his attorney,

/s/ Anthony L. DeProspo, Jr.
Christopher A. Kenney (BBO# 556511)
(cakenney@KandSlegal.com)
Anthony L. DeProspo, Jr. (BBO# 644668)
(aldeprospo@kandslegal.com)
KENNEY & SAMS, P.C.
225 Turnpike Road
Southborough, Massachusetts 01772
Tel.: (508) 490-8500
Fax: (508) 490-8501

-2-

**CERTIFICATE OF SERVICE**

  I hereby certify that the attached document was filed through the ECF system and was served electronically to the registered attorneys of record on November 25, 2015.

          /s/ Anthony L. DeProspo, Jr.
          Anthony L. DeProspo, Jr.