UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| STEPHEN ELLICOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 14-CV-12152 |
| | ) | |
| AMERICAN CAPITAL ENERGY, INC., | ) | |
| THOMAS HUNTON and ARTHUR | ) | |
| HENNESSEY, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| REDWOOD SOLAR DEVELOPMENT, LLC, | ) | |
| | ) | |
| Reach and Apply Defendant. | ) | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF
MOTION FOR REAL ESTATE ATTACHMENTS
AND TO REACH AND APPLY AND INJUNCTION**

Plaintiff Stephen Ellicott hereby withdraws his Motion for Real Estate Attachments and to Reach and Apply and Injunction (Documents #55, 56 and 57) filed through the Court's ECF system on November 20, 2015.

November 25, 2015

Respectfully submitted,
STEPHEN ELLICOTT,

By his attorneys,

/s/ Anthony L. DeProspo, Jr.
Christopher A. Kenney (BBO# 556511)
(cakenney@KandSlegal.com)
Anthony L. DeProspo, Jr. (BBO# 644668)
(aldeprospo@kandslegal.com)
KENNEY & SAMS, P.C.
225 Turnpike Road
Southborough, Massachusetts 01772
Tel.: (508) 490-8500
Fax: (508) 490-8501

-2-

## **CERTIFICATE OF SERVICE**

     I hereby certify that the attached document was filed through the ECF system and was served electronically to the registered attorneys of record on November 25, 2015.

           /s/ Anthony L. DeProspo, Jr.
             Anthony L. DeProspo, Jr.