UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                                      CIVIL ACTION NO. 14-CV-12152-FDS

To the United States Marshal for the District of Massachusetts or either of his Deputies:

WHEREAS **Stephen Ellicott** has recovered judgment in a Civil Case (Docket No. 199) against **American Capital Energy, Inc., Thomas Hunton**, and **Arthur Hennessey** on the 6th day of February, 2017, jointly and severally for the sum of $2,276,490, and against **Thomas Hunton** separately for the sum of $300,000, and against **Arthur Hennessey** separately for the sum of $300,000, debt or damage; as to us appears of record, whereof this First Execution remains to be done.

WE COMMAND YOU, therefore, that the goods and chattels or lands or funds of said Judgment Debtors, **American Capital Energy, Inc., Thomas Hunton**, and **Arthur Hennessey**, to cause to be paid and satisfied unto the said Judgment Creditor, **Stephen Ellicott**, at the value thereof in money, jointly and severally the aforesaid sum of $2,276,490, and of said Judgment Debtor **Thomas Hunton** separately the aforesaid sum of $300,000, and of said Judgment Debtor **Arthur Hennessey** separately the aforesaid sum of $300,000, with interest thereon at the rate of %0.82 from said day of rendition of said judgment, the 6th day of February, 2017; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this First Execution with your doings thereon into the Clerk's Office at our said court, at 1 Courthouse Way, Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 4th day of April, 2017.

SEAL

ROBERT M. FARRELL
CLERK OF COURT

BY: _____
Deputy Clerk Lisa Pezzarossi